# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| SUSAN WALLS, | ) | |
| *Petitioner*, | ) | Case No. 4:22-cv-42 |
| v. | ) | Judge Atchley |
| GLORIA FISHER, | ) | Magistrate Judge Lee |
| *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, this pro se prisoner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DISMISSED** for want of prosecution and failure to comply with a Court Order pursuant to Rule 41(b). A certificate of appealability **SHALL NOT** issue.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Petitioner file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT