# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| SUSAN WALLS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 4:22-cv-42 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| GLORIA FISHER, | ) | Magistrate Judge Lee |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Respondent's motion to dismiss the petition for writ of habeas corpus [Doc. 12] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**SO ORDERED**.

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT